UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

ANNA ELISE SHUFORD COPELAND,            )
                                        )
            Plaintiff,                  )       **JUDGMENT IN A CIVIL CASE**
                                        )       **CASE NO. 7:23-CV-1355–D**
     v.                                 )
                                        )
                                        )
MARTIN O'MALLEY,                        )
Acting Commissioner of Social Security, )
                                        )
            Defendant.                  )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on February 23, 2024, and Copies To:**
Cheryl A. O'Brien          (via CM/ECF electronic notification)
Samantha Zeiler            (via CM/ECF electronic notification)
Wanda D. Mason             (via CM/ECF electronic notification)

DATE:                                   PETER A. MOORE, JR., CLERK
February 23, 2024                       (By) /s/ Stephanie Mann
                                             Deputy Clerk